# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CR-30169-MJR |
| ) | |
| KEITH A. GARY, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER
### ADOPTING REPORT & RECOMMENDATION AND
### ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On March 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Gary entered a guilty plea to Counts 3, 4 and 5 of the Indictment.

By Report filed March 23, 2009, Judge Proud recommends that the undersigned District Judge accept Defendant Gary's guilty plea, find Defendant Gary guilty and direct the Probation Office to prepare a presentence investigation report. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 46), **ACCEPTS** Defendant Gary's guilty plea and **ADJUDGES** Gary guilty of the offenses set forth in Counts 3, 4 and 5 of the Indictment (violation of **18 U.S.C. §§ 152(3) and**

**152(2))**. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, sentencing **REMAINS SET** for **9:00 a.m. on Friday, June 26, 2009.**

    **IT IS SO ORDERED.**

    **DATED this 8th day of April, 2009**

    **s/Michael J. Reagan**
    **MICHAEL J. REAGAN**
    **United States District Judge**